No. 67, Misc. EDWARDS *v.* ALABAMA. Supreme Court of Alabama. Certiorari denied. Petitioner *pro se. Richmond M. Flowers,* Attorney General of Alabama, and *John G. Bookout* and *Bernard F. Sykes,* Assistant Attorneys General, for respondent.

No. 74, Misc. SPIVAK *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *John E. Thorne* for petitioner. *Stanley Mosk,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Raymond M. Momboisse,* Deputy Attorney General, for respondent.

No. 85, Misc. WALKER *v.* NEVADA. Supreme Court of Nevada. Certiorari denied. Petitioner *pro se. Harvey Dickerson,* Attorney General of Nevada, and *William J. Raggio* for respondent.

No. 88, Misc. TURNER *v.* BETO, CORRECTIONS DIRECTOR, ET AL. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. Waggoner Carr,* Attorney General of Texas, *Howard Fender* and *Allo B. Crow, Jr.,* Assistant Attorneys General, and *Henry Wade* for respondent.

No. 196, Misc. HALLMAN *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Robert Reed Gray* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.